

1805 RIO GRANDE BLVD NW, SUITE 2
ALBUQUERQUE, NM 87104
505-246-0455

H. Brook Laskey
blaskey@MLLlaw.com

Stephanie K. Demers
sdemers@MLLlaw.com

Harvey Fruman
hfruman@MLLlaw.com

October 23, 2015

*Via Electronic Filing*
Chief Magistrate Judge Joseph C. Spero
Camarillo, CA 93010-7966

    Re:    *State Farm General Insurance Company a/s/o Lim v. Watts Regulator Co., et al.*
            U.S.D.C. Northern District of California Case 15-CV-03575-JCS

Dear Chief Magistrate Judge Spero:

      We represent Defendant Watts Regulator Co. in the above-referenced case. We write to request your approval to attend the Initial Case Management Conference on November 6, 2015 telephonically. We will be available to attend via a land line at telephone number 314-224-5468.

Dated: 10/26/15

Very truly yours,

Harvey Fruman

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

HF/m2

McCOY  LEAVITT  LASKEY LLC
ALBUQUERQUE,  NM  •  CHICAGO,  IL  •  MILWAUKEE,  WI  •  PORTLAND,  ME