# LAW OFFICES OF GEORDAN GOEBEL

155 Granada Street, Suite M-2
Camarillo, CA 93010-7725
Telephone 805-482-7966
FAX 805-482-8879

October 23, 2015

*Via Electronic Filing*
Chief Magistrate Judge Joseph C. Spero
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   State Farm General Insurance Company a/s/o Lim v. Watts Regulator Co., et al.
U.S.D.C. Northern District of California; Case Number: 15-CV-03575-JCS

Dear Chief Magistrate Judge Spero:

We represent Plaintiff State Farm General Insurance Company in the above-referenced case. I write to request permission to telephonically attend the Initial Case Management Conference on November 6, 2016. I will be available to attend via a land line at telephone number 805-482-7966. A copy of this request has been served on opposing counsel.

Sincerely,

Geordan Goebel

GG:rl
cc: Harvey Fruman

Dated: 10/26/15



IT IS SO ORDERED
Judge Joseph C. Spero