# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE FARM GENERAL INSURANCE
COMPANY, a/s/o LIK WEE LIM and
MARGIE D. LIM,

          No. 15-CV-03575-JCS

    Plaintiff,

v.

WATTS REGULATOR CO. and
DOES 1 THROUGH 10, inclusive,

    Defendant.

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

    Plaintiff and Defendant move this Court to dismiss with prejudice all claims expressly or necessarily raised herein, or those which could have been raised herein.  As grounds for this stipulated motion, the parties state to the Court that they have compromised and resolved all issues in dispute to the satisfaction of all parties.

Respectfully Submitted,

McCOY LEAVITT LASKEY LLC

Dated: 4/6/16



By_____
Harvey Fruman (Bar No. 144167)
McCoy Leavitt Laskey LLC
Attorneys for Watts Regulator Co.
1803 Rio Grande Blvd. NW, Suite C
Albuquerque, NM  87104
Telephone:  505-470-4729
hfruman@MLLlaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 5th day of April, 2016, I filed the foregoing through the CM/ECF system, which caused the following counsel of record to be served by electronically:

**ATTORNEYS FOR PLAINTIFF:**

Geordan Goebel (Bar No. 149513)
Law Offices of Geordan Goebel
155 Granada Street, Suite M-2
Camarillo, CA  93010-7725
(805) 482-7966

_____
Harvey Fruman